UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PLATTE RIVER INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:13 CV 1275 RWS |
| STEVEN A. MILTENBERGER, et al., | ) ) ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

On July 18, 2014, Plaintiff notified the Court that Defendant Jason M. Miltenberger has filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Eastern District of Missouri, Case No. 14-45118, and Defendants Steven A. Miltenberger and Sondra K. Miltenberger have filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Western District of Missouri, Case No. 14-20743-drd7.  In light of these bankruptcy proceedings, I conclude that this case should be administratively closed until such time as the bankruptcy proceedings have been concluded or Court action is otherwise required.  Any motion seeking reopening of the case shall state:

  (a)  the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

  (b)  the issues remaining for determination by this Court;

  (c)  the potential for settlement, and the status of any settlement discussions;

  (d)  whether a Rule 16 scheduling conference is requested;

  (e)  the status of discovery;

(f) whether significant pretrial motion practice, including the filing of potentially dispositive motions, is anticipated;

(g) the date by which it is reasonably likely that the case would be ready to proceed to trial; and

(h) the estimated length of trial.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively **CLOSE** this action, subject to reopening on a motion filed in compliance with this order.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice to be refiled in the event the case is reopened.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2014.